**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **RUTH WALLACE, ET AL,**<br>    **Plaintiff,**<br><br>    v.<br><br>**STATE FARM MUTUAL AUTOMOBILE INSURANCE, CO.,**<br>    **Defendant.** | **CIVIL ACTION**<br><br><br><br>**NO. 20-2264** |

**O R D E R**

**AND NOW**, this 2nd day of September, 2020, upon consideration of Defendant State Farm Mutual Automobile Insurance, Co.'s Motion to Dismiss (ECF No. 5), Plaintiffs' Response in Opposition (ECF No. 10), Defendant's Reply in Support (ECF No. 12), and Plaintiff's Sur-Reply (ECF No. 13), **IT IS ORDERED** that Defendant's Motion is **GRANTED**; Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**. It is further **ORDERED** that, pursuant to Federal Rule of Civil Procedure, Plaintiff's attorney by **September 15, 2020** must **SHOW CAUSE** as to why sanctions should not be issued in this matter.

                          **BY THE COURT:**

                          **/s/Wendy Beetlestone, J.**

                          **WENDY BEETLESTONE, J.**